**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Anne M. Shanahan | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-17167 jkf |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated November 15, 2019 and this case be and the same is hereby DISMISSED.

**Date: December 4, 2019**

_Jean K. FitzSimon_
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
- Chapter 13 Plan
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
- Means Test Calculation Form 122C-2 - If Applicable
- Schedules AB-J
- Statement of Financial Affairs
- Summary of Assets and Liabilities Form B106